UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :

LUIGI GIROTTO,                              :
                                Plaintiff,    :

                          -against-             :          21-CV-10358 (VSB)

MCM PRODUCTS USA INC. d/b/a MCM and:          **ORDER**
TELIMAN HOLDING CORP.          :

                          Defendant.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On February 22, 2022, I issued an Order and Notice of Initial Conference in which I directed the parties to file, by March 11, 2022, a joint letter and a proposed case management plan. (Doc. 17.) That deadline has expired, and the parties have failed to comply with my order. Accordingly, it is hereby

       ORDERED that the parties will file the joint letter and proposed case management plan previously called for by no later than March 18, 2022. The joint letter shall also explain good cause for the parties' failure to comply with the prior order. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   March 14, 2022
             New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge